In the Matter of the Claims of JOSEPH T. GEOGHEGAN and JONAS TENENBAUM, Claimants, for Benefits under the Unemployment Insurance Law. ELECTROLUX CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— This case involves the issue of whether canvassers of appellant Electrolux Corporation are employees or independent contractors. We have considered the facts and find none to sustain the decision of the referee or Appeal Board. Decision reversed on the authority of *Matter of Electrolux Corporation* [262 App. Div. 642], decided herewith. Hill, P. J., Crapser and Heffernan, JJ., concur; Bliss and Schenck, JJ., dissent.

In the Matter of the Claim of JOSEPH RIGGI, Claimant, for Benefits under the Unemployment Insurance Law. ELECTROLUX CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— This case involves the issue whether canvassers of the appellant Electrolux Corporation are employees or independent contractors. We have considered the facts and find none to sustain the decision of the referee or Appeal Board. Decision reversed on the authority of *Matter of Electrolux Corporation* [262 App. Div 642], decided herewith. Hill, P. J., Crapser and Heffernan, JJ., concur; Bliss and Schenck, JJ., dissent.

In the Matter of the Claim of STEPHAN NOWICKI, Claimant, for Benefits under the Unemployment Insurance Law. ELECTROLUX CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— This is an appeal by the Electrolux Corporation from a decision of the Unemployment Insurance Appeal Board affirming the decision of a referee holding that the claimant was an employee of the appellant within the meaning of the Unemployment Insurance Law. The question in this case is whether the claimant was an employee or an independent contractor. There is no question but that the claimant was an independent contractor and that the decision appealed from should be reversed, and the proceeding dismissed, with costs to the appellant against the Industrial Commissioner, upon the authority of *Matter of Electrolux Corporation* [262 App. Div. 642]. Decision reversed and proceeding dismissed, with costs to appellant against the Industrial Commissioner, on the authority of *Matter of Electrolux Corporation (supra)*, decided herewith. Hill, P. J., Crapser, Bliss, Heffernan and Scheneck, JJ., concur.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by PATSY CASTALDO, Claimant. FAIRCHESTER BAKERS, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board determining that claimant was an employee and not an independent contractor. He sold baked products for the appellant, receiving his conpensation by way of a commission of thirty-three per cent. He was required to report at the bakery between five and six o'clock in the morning to procure his merchandise. He covered a route as directed by the appellant and could sell only appellant's goods. His day lasted until about six o'clock at night except on Wednesday when he was allowed a half day off. The credits which he extended were under the control of appellant. The decision should be affirmed. Decision unanimously affirmed, with costs to the State Industrial Commissioner. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.